**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL NO. SA-21-CV-107** |
| | ) | |
| **$59,589.32, MORE OR LESS, IN UNITED** | ) | |
| **STATES CURRENCY,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## WARRANT FOR THE ARREST OF PROPERTY

**TO THE FEDERAL BUREAU OF INVESTIGATION, OR ITS DESIGNATED AGENT, OR OTHER AUTHORIZED LAW ENFORCEMENT OFFICER OR ANY OTHER PERSON OR ORGANIZATION AUTHORIZED BY LAW TO ENFORCE THE WARRANT:**

WHEREAS a Verified Complaint for Forfeiture *in rem* was filed on February 3, 2021, against the following property:

**$59,589.32, More or Less, in United States Currency, seized on August 17, 2020 from Bank of America (account # XXXXXXXX7171),**

hereinafter the "Respondent Currency," alleging that the Respondent Currency is subject to forfeiture to the United States of America pursuant to Title 18 U.S.C. § 981(a)(1)(C) for violations of Title 18 U.S.C. § 1343, and

WHEREAS an Order has been entered by the United States District Court for the Western District of Texas that a Warrant for Arrest of Property be issued as prayed for by Petitioner United States of America.

YOU ARE THEREFORE COMMANDED to arrest and take actual or constructive possession of the Respondent Currency as soon as practicable by serving a copy of this warrant on the custodian in whose possession, custody or control the Respondent Currency is presently found,

and to use whatever means may be appropriate to protect and maintain the Respondent Currency in your custody until further order of this Court, including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent Currency and to make a return as provided by law.

      SIGNED this _____ day of _____, 2021.


                               _____
                               JEANNETTE CLACK
                               United States District Clerk
                               Western District of Texas


By:      _____
           Deputy

2